IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL GREEN                                                                                           PLAINTIFF

vs.                                              Civil No. 13-CV-4101

ROGER WISE and
CHRISTINA OSWALT                                                                                    DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed July 31, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Bryant recommends that this case be dismissed without prejudice on the grounds that Plaintiff has failed to obey an order of the Court and has failed to prosecute this action. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. This case is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 20th day of August, 2014.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge